UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GARCIA MORAO, | Case No. 2:25-cv-02588-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NOEM, *et al.*, | |
| Respondents. | |

Petitioner Antonio Alejandro Garcia Morao filed a Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) under 28 U.S.C. § 2241. Garcia Morao is a Venezuelan national currently detained at the Nevada Southern Detention Facility in Pahrump, Nevada. (ECF No. 1 at 6.) Having conducted a preliminary review of the Petition, the Court now directs that it be served on Respondents and sets a briefing schedule.

It is therefore ordered that the Clerk of Court be kindly directed to:

1. Deliver a copy of the Petition (ECF No. 1) and this order to the U.S. Marshal for service.

2. Add the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. Send, through CM/ECF, a copy of the Petition (ECF No. 1), this order, and all other filings in this matter to the Office of the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, Summer.johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. Mail a copy of the Petition (ECF No. 1) and this order under Federal Rule

of Civil Procedure 4(i)(2) to: John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the U.S. Marshal serve a copy of the Petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney under Federal Rule of Civil Procedure 4(i)(1)(A)(i).

It is further ordered that counsel for Respondents file a notice of appearance within seven days of the date of this order and file and serve their response to the Petition within fourteen days of the date of this order, unless additional time is allowed for good cause shown.

It is further ordered that Garcia Morao has seven days following the filing of the response to the Petition to file a reply, if desired.

It is further ordered that Local Rule 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party and Local Rule LR 7-4 governs any requests for emergency relief.

DATED THIS 23rd Day of December, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE