UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARCIA MORAO, | Case No. 2:25-cv-02588-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| NOEM, *et al.*, | |
| Respondents. | |

Petitioner Antonio Alejandro Garcia Morao filed a Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) under 28 U.S.C. § 2241. Petitioner asserted two grounds for habeas relief: (1) Violation of the Fifth Amendment Right to Due Process and (2) Violation of the Administrative Procedure Act ("APA"). (*Id.*) The Court denied the Petition as to both grounds. (ECF No. 20 at 5.) While the Court found the requested relief under the second ground was not proper under section 2241, the Court did not address the APA claim on the merits and noted Petitioner could bring a civil action to assert the claim. (*Id.* at 5, 5 n.6.) Rather than filing a civil action, Petitioner now seeks to reopen and amend the Petition in order to assert an APA claim. (ECF Nos. 22, 23.) The Court denies these motions because the APA claim is not proper under section 2241. Petitions under section 2241 are subject to expedited review, a process not statutorily available in a normal civil action. *See Yong v. I.N.S.,* 208 F.3d 1116, 1120 (9th Cir. 2000) ("The application for the writ usurps the attention and displaces the calendar of the judge or justice who entertains it and receives prompt action from him within the four corners of the application.")

For these reasons, it is therefore ordered that the motion to reopen the case (ECF No. 22) is denied.

It is further ordered that the motion to amend (ECF No. 23) is denied.

It is further ordered that the emergency motion for a temporary restraining order (ECF No. 24) is denied as moot.

DATED THIS 29th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2